People of the State of Illinois, Plaintiff-Appellant, v. Frank Lio, Defendant-Appellee.

Gen. No. 68–178. (Abstract of Decision.)

Second District.

May 20, 1969.

William V. Hopf, State's Attorney of Du Page County, of Wheaton, and Helen C. Kinney, Assistant State's Attorney, for appellant; Desort and Krantz, of Chicago, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.